FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 12 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:15-cr-00028-JG |
| v. | Filed: January 26, 2015 |
| ESPAR INC., <br> Defendant. | Violation: 15 U.S.C. § 1 |

## WAIVER OF INDICTMENT

I, Alexander Ade, the duly authorized representative of Espar Inc., the above-named Defendant, understand that Espar Inc. is charged with one count of Conspiracy to Restrain Trade in violation of Section 1 of the Sherman Antitrust Act (15 U.S.C. § 1). I have been advised of the nature of the charges against Espar Inc. and its rights, including the right to insist that the case proceed by way of indictment returned by the grand jury. Pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive in open court prosecution by Indictment and consent that, for the purposes of entering a plea, the proceeding may be by Information instead of by Indictment.

Dated: March 12, 2015

_____
Alexander Ade
Director, Legal & Insurance
Eberspaecher Climate Control Systems GmbH & Co., KG
On behalf of Espar Inc.

_____
Michael F. Tubach, Esq.
O'Melveny & Myers LLP
Counsel for Espar Inc.

Accepted. So ordered.
s/John Gleeson — 3/12/15