## Criminal Calendar for a Guilty Plea

**Before: Judge John Gleeson, U.S.D.J.**

Date: 3/12/2015                               Time: 11:00 Am — 11:50 Am

DOCKET NUMBER: 15CR 28

DEFENDANT'S NAME: Espar, Inc. (Alexander Ade-company representative)
✓ Present ___ Not Present ___ In Custody ✓ Bail

DEFENSE COUNSEL: Michael F. Tubach (Pro Hac Vice Atty).
Carrie A. Syme; Antonia Hill; ___ Legal Aid ___ CJA ___ Retained
AUSA: Stephen McCahey and Katherine Stella.   Deputy Clerk: Ilene Lee
INTERPRETER: _____ (Language) _____
COURT REPORTER: Mary Agnes Drury

✓ Case called.

Defendant:   ✓ sworn      ___ arraigned      ✓ informed of rights
            ✓ Waives trial before District Court.

✓ Waiver of indictment executed.
✓ ~~Superseding Indictment~~ (Information filed.)
___ Defendant failed to appear, Bench Warrant issued.
✓ Defendant enters a plea of GUILTY to Count(s) ONE of the Information.
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___
    _____ of the _____ .
✓ Court finds factual basis for the plea.
___ Sentencing set for _____ @ _____ .

✓ Deft continued on $_____ Bond.      ___ Deft continued in Custody.

___ Bail set in the amount of $_____ and deft released.

___ Case adjourned until _____ for _____ .

✓ Plea Agreement marked as Gov's Exhibit #1 is to be file publicly with some redactions onto ECF by agreement of the parties.
Pursuant to Federal Rule 11 of Criminal Procedure Judge _____ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

- Sentencing date is set for June 5, 2015 at 2:30 pm.
- The parties are to file their joint or separate submissions regarding the Court's concerns by no later than May 22, 2015.